**Order entered July 10, 2018**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-18-00702-CV

**PHILIPS JACOB VALLAKALIL AND REEJA SUSAN PHILIPS, Appellants**

**V.**

**JEREMY ERIC LARSEN AND TEXAS REAL ESTATE COMMISSION, Appellees**

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-10734**

## ORDER

By order dated July 3, 2018, the Court abated this appeal due to the bankruptcy filing by appellee Jeremy Eric Larsen. Before the Court is appellants' July 6, 2018 motion to sever and reinstate the appeal. In their motion, appellants inform the Court that this appeal does not involve Mr. Larsen. Based on this representation, we **GRANT** appellants' motion as follows: We **REINSTATE** this appeal and **VACATE** this Court's July 3, 2018 order.

We **DIRECT** the Clerk of this Court to remove Jeremy Eric Larsen as an appellee to this appeal. Henceforth, the style of this case shall be *Philips Jacob Vallakalil and Reeja Susan Philips v. Texas Real Estate Commission*.

We **DIRECT** the Clerk of this Court to send a copy of this order to counsel for the parties and to Mr. Larsen.

/s/    ADA BROWN
       JUSTICE